IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JOHN WILLIAM PRINCETON,
    Petitioner,
v.                                                                                     Civil No. 3:20cv788(DJN)

COMMONWEALTH OF VIRGINIA,
    Respondent.

**MEMORANDUM OPINION**

    Petitioner John William Princeton ("Petitioner"), a Virginia federal inmate proceeding *pro se*, submitted a 28 U.S.C. § 2254 petition. (ECF No. 1.) By Memorandum Order entered on October 30, 2020, the Court directed Petitioner, within fifteen (15) days of the date of entry thereof, to pay the $5.00 filing fee or complete and return an *in forma pauperis* affidavit. (ECF No. 2.) The Court warned Petitioner that it would dismiss the action if Petitioner did not pay the filing fee or complete and return the *in forma pauperis* affidavit within fifteen (15) days of the date of entry thereof. More than fifteen (15) days have elapsed since the entry of the October 30, 2020 Memorandum Order, and Petitioner has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. A certificate of appealability will be DENIED.

    An appropriate order will accompany this Memorandum Opinion.

    Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Petitioner.

                                                                          /s/
                                                               David J. Novak
                                                               United States District Judge

Richmond, Virginia
Dated: December 31, 2020